UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NEW YORK CITY DISTRICT OF CARPENTERS
PENSION FUND, et al.,

        Plaintiffs,

    -v-                          No. 08 Civ. 133 (LTS)(JCF)

KBC CONCRETE CONSTRUCTION, INC.,

        Defendant.               ORDER

------------------------------------------------------------x


       The above-referenced matter is an action to enforce an arbitrator's award rendered

pursuant to a collective bargaining agreement. The Court is in receipt of a letter dated February 8,

2008, from Plaintiffs requesting to file an application for a default judgment. Plaintiffs may make

their application for relief in accordance with the procedure set forth in Paragraph 3 of the Court's

January 24, 2008, Order.


       SO ORDERED.

Dated: New York, New York
       February 14, 2008

                                          LAURA TAYLOR SWAIN
                                          United States District Judge