UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES, AND MICHAEL J. FORDE, AS
EXECUTIVE SECRETARY-TREASURER, DISTRICT
COUNCIL FOR NEW YORK CITY AND VICINITY,
UNITED BROTHERHOOD OF CARPENTERS AND
JOINERS OF AMERICA,

08 CV 133 (LTS)
ECF CASE

**NOTICE OF MOTION**

          Plaintiffs,
  -against-

KBC CONCRETE CONSTRUCTION, INC.,

          Defendant.
------------------------------------------------------------------X
C O U N S E L :

  PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew Grabois, Esq. sworn to on May 15, 2008, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Laura T. Swain, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 17-C, New York, New York 10007, at a date and time to be set by the Court, for an Order pursuant to 9 U.S.C. § 9 granting plaintiffs' motion to confirm an arbitration award and directing that judgment be entered and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
       May 15, 2008

                                              Yours, etc.,

                                              O'DWYER & BERNSTIEN, LLP

                                       By:   _____
                                              ANDREW GRABOIS, ESQ.
                                              Attorney for Plaintiffs
                                              52 Duane Street, 5th Floor
                                              New York, New York 10007
                                              (212) 571-7100

TO:    KBC Concrete Construction, Inc.
       2116 Merrick Avenue, Suite 3007
       Merrick, NY 11566